LABORERS' LOCAL NOS. 472 AND 172 v. SUFFOLK
COUNTY CONTRACTORS, INC.

January 10, 1983.

Petition for certification is granted, and the decision of the
Superior Court, Appellate Division, is summarily reversed and
the matter is remanded to the Superior Court, Chancery Divi-
sion, Essex County, for a plenary hearing on the issue of
whether a contract between the parties, calling for arbitration,
remained in existence subsequent to February 28, 1977. Juris-
diction is not retained.

STATE OF NEW JERSEY IN THE INTEREST OF J.H.L.

January 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN LAWRENCE.

January 11, 1983.

Petition for certification denied.

JOHN H. FINAMORE v. GROVE PLUMBING & HEATING CO.

January 11, 1983.

Petition for certification denied.